**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

WALKER DIGITAL, LLC,

                       Plaintiff,

        v.

ALSTON TASCOM, INC., ORACLE
CORPORATION, and TOSHIBA AMERICA
INFORMATION SYSTEMS, INC.,

                   Defendants.

C.A. No. 11-335-GMS

## NOTICE OF VOLUNTARY DISMISSAL OF ALSTON TASCOM, INC.

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff Walker Digital, LLC hereby voluntarily dismisses its claims against

Alston Tascom, Inc. in the above-captioned action without prejudice, with each party to bear its

own attorneys fees and costs.

June 8, 2011

Of Counsel:

James C. Otteson
David A. Caine
Tom Carmack
Xiang Long
AGILITY IP LAW, LLC
1900 University Circle, Suite 201
East Palo Alto, CA  94303
(650) 227-4800

BAYARD, P.A.

/s/ *Stephen B. Brauerman (sb4952)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Walker Digital, LLC*