# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 11-335 GMS |
| | : | |
| ALSTON TASCOM, INC., ORACLE CORPORATION, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | : : : | |
| | : | |
| Defendants. | : | |

## STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE WITH RESPECT TO ORACLE CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Walker Digital, Inc. ("Walker Digital") and Defendant Oracle Corporation ("Oracle"), through their respective counsel, that all claims asserted by Walker Digital against Oracle in this case be, and on approval are, dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees, expenses and costs.

Dated: August 22, 2011

| | |
|---|---|
| BAYARD, P.A. | DLA PIPER LLP (US) |
| | |
| /s/ Richard D. Kirk | /s/ Denise S. Kraft |
| Richard D. Kirk (I.D. No. 0922) | Denise S. Kraft (I.D. No. 2778) |
| Stephen B. Brauerman (I.D. No. 4952) | Aleine M. Porterfield (I.D. No. 5053) |
| 222 Delaware Avenue, Suite 900 | 919 N. Market Street |
| Wilmington, DE 19801 | Suite 1500 |
| Phone: 302.655.5000 | Wilmington, DE 19801 |
| Fax:   302.658.6395 | Phone: 302.468.5645 |
| rkirk@bayardlaw.com | Fax:   302.778.7917 |
| sbrauerman@bayardlaw.com | denise.kraft@dlapiper.com |
| rkirk@bayardlaw.com | aporterfield@dlapiper.com |
| | |
| *Attorneys for Plaintiff Walker Digital, LLC* | *Attorneys for Defendant Oracle Corporation* |

SO ORDERED, this _____ day of _____, 2011.

_____
CHIEF JUDGE