# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ALSTON TASCOM, INC., ORACLE CORPORATION, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>      Defendants. | C.A. No. 11-335-GMS |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Walker Digital, LLC, and defendant, Toshiba America Information Systems, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2) and (c), that all claims by Walker Digital, LLC against Toshiba America Information Systems, Inc. in the action be, and upon approval are, dismissed WITH PREJUDICE, and all counterclaims by Toshiba America Information Systems, Inc. against Walker Digital, LLC be, and upon approval are, dismissed WITHOUT PREJUDICE, with each part to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | ASHBY & GEDDES |
| /s/ Richard D. Kirk (rk0922) | /s/ Steven J. Balick (sb2114) |
| Richard D. Kirk (rk922) | Steven J. Balick (sb2114) |
| Stephen B. Brauerman (sb4952) | Tiffany Geyer Lydon (tl3950) |
| 222 Delaware Avenue, Suite 900 | Andrew C. Mayo (am5207) |
| Wilmington, DE 19801 | 500 Delaware Avenue, 8th Floor |
| (302) 655-5000 | P.O. Box 1150 |
| rkirk@bayardlaw.com | Wilmington, DE 19899 |
| sbrauerman@bayardlaw.com | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| *Attorneys for Plaintiff Walker Digital, LLC* | *Attorneys for Defendant Toshiba America Information Systems, Inc.* |

Dated: September 29, 2011

2

IT IS SO ORDERED THIS ____ day of _____, 2011.

_____
The Honorable Gregory M. Sleet
Chief United States District Judge